**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-08702 |
| | § | |
| TERRY L. RADEMAKER | § | |
| DEBORAH K. RADEMAKER | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/23/2009. The undersigned trustee was appointed on 07/23/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                            $2,000.09

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $865.26 |
    | Bank service fees | $41.16 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,093.67 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/08/2011 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $500.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.02, for a total compensation of $500.02[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2013            By:  /s/ Lisa E. Gocha
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 09-08702 | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | | Date Filed (f) or Converted (c): | 07/23/2009 (f) |
| For the Period Ending: | 11/14/2013 | | | §341(a) Meeting Date: | 08/24/2009 |
| | | | | Claims Bar Date: | 01/08/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1320 E. Giles Rd. Muskegon, MI 49445-2632 Parcel #: 43-05-007-012-00 That part of the Southwest Quarter, Section 7, Town 19 North, Range 14 West | $64,380.00 | $0.00 | | $0.00 | FA |
| 2 | Husband's family Up North Property 4088 Tyndall Rd. Branch Township, MI Lake County Property co-owned by husband and 2 of his family members. BPO value at $45,000.00/3=$15,000.00 | $15,000.00 | $4,831.85 | | $0.00 | FA |
| 3 | Checking account Bank of America Mother's account Debtor and Dianna Jones named on account. Balance $1,909.38 Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Huntington National Bank Checking Account Location: In debtor's possession | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Muskegon Consumers Power Credit Union 1122 S. Getty Street Muskegon, MI 49442 Location: In debtor's possession | $144.35 | $0.00 | | $0.00 | FA |
| 6 | Small Business Account Shelby State Bank Graphix Expression Location: In debtor's possession | $182.03 | $0.00 | | $0.00 | FA |
| 7 | Household goods appliances, living room furniture, tables, lamps, television, bedroom furniture, Kitchen furniture, china cabinet, dishes, and, computer Location: In debtor's possession | $3,000.00 | $0.00 | | $0.00 | FA |
| 8 | Clothing- Men's, women's, boy's Location: In debtor's possession | $600.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry Location: In debtor's possession | $1,200.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 09-08702 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | Date Filed (f) or Converted (c): | 07/23/2009 (f) |
| For the Period Ending: | 11/14/2013 | | §341(a) Meeting Date: | 08/24/2009 |
| | | | Claims Bar Date: | 01/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10  Camera, bow & arrow, 2 12gauge shot guns (sawed off), 16 gauge double barrel (not operable), and 22 single shot Location: In debtor's possession | $300.00 | $0.00 | | $0.00 | FA |
| 11  CMS Energy-Retirement account Location: In debtor's possession | $48,332.32 | $0.00 | | $0.00 | FA |
| 12  Raymond Jmaes Retirement account Mother's account Debtor, plus two other family members named as beneficiaries Value: $30,823.73 Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 13  Consumers Energy Stocks Location: In debtor's possession | $540.00 | $0.00 | | $0.00 | FA |
| 14  Graphic Expressions Operated on and off since 2006 Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 15  2000 Ford Windstar Location: In debtor's possession | $625.00 | $0.00 | | $0.00 | FA |
| 16  2005 Ford F 150 Location: In debtor's possession | $7,500.00 | $0.00 | | $0.00 | FA |
| 17  2005 Harley Davidson Location: In debtor's possession | $9,500.00 | $0.00 | | $0.00 | FA |
| 18  2006 Polaris 4XAMH50A06B700315 Location: In debtor's possession | $2,500.00 | $0.00 | | $0.00 | FA |
| 19  2006 Polaris 4XAGP50A762063956 Location: In debtor's possession | $2,500.00 | $2,500.00 | | $0.00 | FA |
| 20  Heat press and hat press Location: In debtor's possession | $100.00 | $0.00 | | $0.00 | FA |
| 21  Tools- screwdrivers, asst power tools, tool chest, ladders Location: In debtor's possession | $975.00 | $0.00 | | $0.00 | FA |
| 22  2009 Tax Refund                                         (u) | $0.00 | $2,033.29 | OA | $2,000.00 | FA |
| INT  Interest Earned                                         (u) | Unknown | Unknown | | $0.09 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3      Exhibit A

| Case No.: | 09-08702 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | Date Filed (f) or Converted (c): | 07/23/2009 (f) |
| For the Period Ending: | 11/14/2013 | | §341(a) Meeting Date: | 08/24/2009 |
| | | | Claims Bar Date: | 01/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $157,578.70 | $9,365.14 | | $2,000.09 | $0.00 |

**Major Activities affecting case closing:**
    Lawsuit filed to avoid lien on motorcycle, ongoing litigation
    Settled regarding income tax refund, Debtor to pay $100.00 per month
    Debtor making payments on tax refund.
    Payments are being made
    Filed Motion to compel turnover of tax refunds for failure to pay
    Settlement reached regarding taxes.
    Balance has been paid in full, will file petition for attorney fees

**Initial Projected Date Of Final Report (TFR):** 09/19/2010      **Current Projected Date Of Final Report (TFR):** 08/01/2013      /s/ LISA E. GOCHA

LISA E. GOCHA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-08702 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7807 | Checking Acct #: | ******0290 |
| Co-Debtor Taxpayer ID #: | **-***7808 | Account Title: | DDA |
| For Period Beginning: | 7/23/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $599.94 | | $599.94 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.94 | $598.00 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | 2600-000 | | ($0.97) | $598.97 |
| 01/04/2012 | 5001 | MRSC | Bond Payment | 2300-000 | | $0.75 | $598.22 |
| 12/12/2012 | (22) | Terry Rademaker | Payment re: tax refund | 1124-000 | $150.00 | | $748.22 |
| 01/03/2013 | 5002 | MRSC | Bond Payment | 2300-000 | | $0.73 | $747.49 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.11 | $746.38 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.21 | $745.17 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.09 | $744.08 |
| 03/27/2013 | (22) | Terry Rademaker | Payment re: Refund | 1124-000 | $150.00 | | $894.08 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.23 | $892.85 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.39 | $891.46 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.43 | $890.03 |
| 06/03/2013 | (22) | Terry Rademaker | Payment re: tax refund | 1124-000 | $1,100.00 | | $1,990.03 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.73 | $1,987.30 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,977.30 |
| 08/06/2013 | 5003 | GOCHA, LISA E. | Order for Attorney Fees | 3110-000 | | $800.00 | $1,177.30 |
| 08/06/2013 | 5004 | GOCHA, LISA E. | Order for Attorney Expenses | 3120-000 | | $63.63 | $1,113.67 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,103.67 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,093.67 |

SUBTOTALS    $1,999.94    $906.27

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-08702 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7807 | | Checking Acct #: | ******0290 |
| Co-Debtor Taxpayer ID #: | **-***7808 | | Account Title: | DDA |
| For Period Beginning: | 7/23/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $1,999.94 | $906.27 | $1,093.67 |
| | | | Less: Bank transfers/CDs | $599.94 | $0.00 | |
| | | | **Subtotal** | $1,400.00 | $906.27 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | **Net** | $1,400.00 | $906.27 | |

For the period of **7/23/2009** to **11/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $599.94 |
| | |
| Total Compensable Disbursements: | $906.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **09/16/2011** to **11/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,400.00 |
| Total Internal/Transfer Receipts: | $599.94 |
| | |
| Total Compensable Disbursements: | $906.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-08702 | | Trustee Name: | Lisa E. Gocha |
| --- | --- | --- | --- | --- |
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***7807 | | Money Market Acct #: | ******8702 |
| Co-Debtor Taxpayer ID #: | **-***7808 | | Account Title: | |
| For Period Beginning: | 7/23/2009 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2010 | (22) | Deborah Rademaker | Payment re; non-exempt assets | 1124-000 | $100.00 | | $100.00 |
| 01/20/2011 | 1001 | MRSC | Bond Payment | 2300-000 | | $0.15 | $99.85 |
| 04/19/2011 | (22) | Terry Rademaker | Payment re; non-exempt assets | 1124-000 | $200.00 | | $299.85 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.01 | | $299.86 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.01 | | $299.87 |
| 06/07/2011 | (22) | Terry Rademaker | Payment re: Tax Refund | 1124-000 | $100.00 | | $399.87 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $399.89 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $399.91 |
| 08/31/2011 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.02 | | $399.93 |
| 09/07/2011 | (22) | Terry Rademaker | Payment re; non-exempt assets | 1124-000 | $200.00 | | $599.93 |
| 09/16/2011 | (INT) | Sterling Bank | Interest Earned For September 2011 | 1270-000 | $0.01 | | $599.94 |
| 09/16/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $599.94 | $0.00 |
| | | | TOTALS: | | $600.09 | $600.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $599.94 | |
| | | | Subtotal | | $600.09 | $0.15 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $600.09 | $0.15 | |

| For the period of 7/23/2009 to 11/14/2013 | | For the entire history of the account between 11/16/2010 to 11/14/2013 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $600.09 | Total Compensable Receipts: | $600.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $600.09 | Total Comp/Non Comp Receipts: | $600.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.15 | Total Compensable Disbursements: | $0.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.15 | Total Comp/Non Comp Disbursements: | $0.15 |
| Total Internal/Transfer Disbursements: | $599.94 | Total Internal/Transfer Disbursements: | $599.94 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-08702 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***7807 | Money Market Acct #: | ******8702 |
| Co-Debtor Taxpayer ID #: | **-***7808 | Account Title: | |
| For Period Beginning: | 7/23/2009 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 11/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,000.09 | $906.42 | $1,093.67 |

**For the period of 7/23/2009 to 11/14/2013**

| Total Compensable Receipts: | $2,000.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.09 |
| Total Internal/Transfer Receipts: | $599.94 |
| Total Compensable Disbursements: | $906.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.42 |
| Total Internal/Transfer Disbursements: | $599.94 |

**For the entire history of the case between 07/23/2009 to 11/14/2013**

| Total Compensable Receipts: | $2,000.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.09 |
| Total Internal/Transfer Receipts: | $599.94 |
| Total Compensable Disbursements: | $906.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $906.42 |
| Total Internal/Transfer Disbursements: | $599.94 |

/s/ LISA E. GOCHA

LISA E. GOCHA

# CLAIM ANALYSIS REPORT

| Case No.: | 09-08702 | | | | | | | | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | | | | | | | | | Date: | 11/14/2013 |
| Claims Bar Date: | 01/08/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GOCHA, LISA E.<br><br>P.O. Box 398<br>Hudsonville MI 49426 | 07/01/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $1,452.50 | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 |
| | GOCHA, LISA E.<br><br>P.O. Box 398<br>Hudsonville MI 49426 | 07/01/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $63.63 | $63.63 | $63.63 | $0.00 | $0.00 | $0.00 |
| | LISA E. GOCHA<br><br>P.O. Box 398<br>Hudsonville MI 49426 | 10/23/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $500.02 | $500.02 | $0.00 | $0.00 | $0.00 | $500.02 |
| | U.S. BANKRUPTCY COURT<br><br>One Division Ave, NW Room 200<br>Grand Rapids MI 49503 | 10/23/2013 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| 1 | ASSET ACCEPTANCE LLC<br>P.O. Box 2036<br>Warren MI 48090-2036 | 10/19/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,128.99 | $5,128.99 | $0.00 | $0.00 | $0.00 | $5,128.99 |
| **Claim Notes:** | (1-1) 27418838 | | | | | | | | | | | |
| 2 | INDEPENDENT BANK WEST MICHIGAN<br>4200 East Beltline, NE<br>Grand Rapids MI 49525 | 10/20/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,742.11 | $18,742.11 | $0.00 | $0.00 | $0.00 | $18,742.11 |
| **Claim Notes:** | (2-1) 2007 Jayco Octane Trailer Coach | | | | | | | | | | | |
| 3 | LINCARE<br>PO Box 4749<br>Spokane WA 99220-0749 | 11/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $41.35 | $41.35 | $0.00 | $0.00 | $0.00 | $41.35 |

| Case No.: | 09-08702 | | | | | | | | | | **Trustee Name:** | Lisa E. Gocha |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | | | | | | | | | **Date:** | 11/14/2013 |
| Claims Bar Date: | 01/08/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CHASE BANK USA NA <br><br> PO BOX 15145 <br> Wilmington DE 19850-5145 | 11/11/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,912.85 | $14,912.85 | $0.00 | $0.00 | $0.00 | $14,912.85 |
| 5 | ECAST SETTLEMENT CORPORATION <br> Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Rd, Suite 200 <br> Tucson AZ 85712 | 11/30/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,928.25 | $14,928.25 | $0.00 | $0.00 | $0.00 | $14,928.25 |
| 6 | MIDLAND FUNDING LLC <br> By its authorized agent Recoser, LLC <br> 25 SE 2nd Avenue Suite 1120 <br> Miami FL 33131-1605 | 12/06/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,636.03 | $4,636.03 | $0.00 | $0.00 | $0.00 | $4,636.03 |
| 7 | MIDLAND FUNDING, LLC <br> By its authorized agent Recoser, LLC <br> 25 SE 2nd Avenue Suite 1120 <br> Miami FL 33131-1605 | 12/06/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,898.77 | $1,898.77 | $0.00 | $0.00 | $0.00 | $1,898.77 |
| 8 | MIDLAND FUNDING LLC <br> By its authorized agent Recoser, LLC <br> 25 SE 2nd Avenue Suite 1120 <br> Miami FL 33131-1605 | 12/06/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $803.24 | $803.24 | $0.00 | $0.00 | $0.00 | $803.24 |
| 9 | MIDLAND FUNDING LLC <br> By its authorized agent Recoser, LLC <br> 25 SE 2nd Avenue Suite 1120 <br> Miami FL 33131-1605 | 12/06/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,397.81 | $8,397.81 | $0.00 | $0.00 | $0.00 | $8,397.81 |

**CLAIM ANALYSIS REPORT**  Page No: 3   Exhibit C

| Case No.: | 09-08702 | | | | | | | | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | | | | | | | | | | Date: | 11/14/2013 |
| Claims Bar Date: | 01/08/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CAVALRY PORTFOLIO SERVICES<br> 500 Summit Lake Drive Ste 400<br> Valhalla NY 10595 | 12/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,657.95 | $9,657.95 | $0.00 | $0.00 | $0.00 | $9,657.95 |
| 11 | MIDLAND FUNDING LLC<br> By its authorized agent Recoser, LLC<br> 25 SE 2nd Ave Suite 1120<br> Miami FL 33131-1605 | 12/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,401.62 | $6,401.62 | $0.00 | $0.00 | $0.00 | $6,401.62 |
| 12 | MIDLAND FUNDING LLC<br> By its authorized agent Recoser, LLC<br> 25 SE 2nd Ave Suite 1120<br> Miami FL 33131-1605 | 12/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,582.88 | $2,582.88 | $0.00 | $0.00 | $0.00 | $2,582.88 |
| 13 | MIDLAND FUNDING, LLC<br> By its authorized agent Recoser, LLC<br> 25 SE 2nd Ave Suite 1120<br> Miami FL 33131-1605 | 12/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,402.73 | $6,402.73 | $0.00 | $0.00 | $0.00 | $6,402.73 |
| 14 | MIDLAND FUNDING LLC<br> By its authorized agent Recoser, LLC<br> 25 SE 2nd Ave Suite 1120<br> Miami FL 33131-1605 | 12/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,827.96 | $1,827.96 | $0.00 | $0.00 | $0.00 | $1,827.96 |
| 15 | MIDLAND FUNDING, LLC<br> By its authorized agent Recoser, LLC<br> 25 SE 2nd Ave Suite 1120<br> Miami FL 33131-1605 | 12/27/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,883.69 | $1,883.69 | $0.00 | $0.00 | $0.00 | $1,883.69 |
| | | | | | | $100,512.38 | $99,859.88 | $863.63 | $0.00 | $0.00 | | $98,996.25 |

## CLAIM ANALYSIS REPORT

| Case No. | 09-08702 | Trustee Name: | Lisa E. Gocha |
| --- | --- | --- | --- |
| Case Name: | RADEMAKER, TERRY L. AND RADEMAKER, DEBORAH K. | Date: | 11/14/2013 |
| Claims Bar Date: | 01/08/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Expenses (Trustee Firm) | $63.63 | $63.63 | $63.63 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $1,452.50 | $800.00 | $800.00 | $0.00 | $0.00 | $0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $250.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| General Unsecured 726(a)(2) | $98,246.23 | $98,246.23 | $0.00 | $0.00 | $0.00 | $98,246.23 |
| Trustee Compensation | $500.02 | $500.02 | $0.00 | $0.00 | $0.00 | $500.02 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 09-08702
Case Name: TERRY L. RADEMAKER
DEBORAH K. RADEMAKER
Trustee Name: Lisa E. Gocha

Balance on hand:     $1,093.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,093.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lisa E. Gocha, Trustee Fees | $500.02 | $0.00 | $500.02 |
| U.S. BANKRUPTCY COURT, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:     $750.02
Remaining balance:     $343.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $343.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $343.65

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $98,246.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC | $5,128.99 | $0.00 | $17.95 |
| 2 | Independent Bank West Michigan | $18,742.11 | $0.00 | $65.56 |
| 3 | Lincare | $41.35 | $0.00 | $0.14 |
| 4 | Chase Bank USA NA | $14,912.85 | $0.00 | $52.16 |
| 5 | eCast Settlement Corporation | $14,928.25 | $0.00 | $52.22 |
| 6 | Midland Funding LLC | $4,636.03 | $0.00 | $16.22 |
| 7 | Midland Funding, LLC | $1,898.77 | $0.00 | $6.64 |
| 8 | Midland Funding LLC | $803.24 | $0.00 | $2.81 |
| 9 | Midland Funding LLC | $8,397.81 | $0.00 | $29.37 |
| 10 | Cavalry Portfolio Services | $9,657.95 | $0.00 | $33.78 |
| 11 | Midland Funding LLC | $6,401.62 | $0.00 | $22.39 |
| 12 | Midland Funding LLC | $2,582.88 | $0.00 | $9.03 |
| 13 | Midland Funding, LLC | $6,402.73 | $0.00 | $22.40 |
| 14 | Midland Funding LLC | $1,827.96 | $0.00 | $6.39 |
| 15 | Midland Funding, LLC | $1,883.69 | $0.00 | $6.59 |

Total to be paid to timely general unsecured claims: $343.65
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**